IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BOBBY JOE LOCKHART,         ) | |
| )  | |
| Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
| v.               ) | 2:24cv331-MHT |
| ) | (WO) |
| JOSH MARLEY, Corp.,     ) | |
| ) | |
| Defendant.    ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who was incarcerated at the Chilton County Jail, filed this lawsuit complaining that the defendant police officer subjected him to an illegal stop, detention, and arrest.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of January, 2025.

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**